In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession and Liquidate the Business of the INDEPENDENT MUTUAL CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALEXANDER P. WATTS, Respondent, v. BURNEE CORPORATION, Appellant, Impleaded with Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CHENEY BROTHERS, a Corporation, Respondent, for an Order Directing JOSEPH HOMSY, Appellant, to Proceed to Arbitration and to Nominate One of the Board of Arbitration.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of EDWARD M. BERNSTEIN and LOUIS HEUTWOHL, as Executors, etc., of JOSEPHINE J. GOLDSTEIN, Deceased, Respondents, v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE STEEL PRODUCERS EXPORT CORPORATION, Respondent, v. CHASE SECURITIES CORPORATION, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes to reverse and deny the motion.

OSCAR L. RICHARD and Others, Respondents, v. LOUIS M. JOSEPHTHAL and Others, Defendants, Impleaded with NICHOLAS J. GEROLD, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of IRENE AHNEMAN, Respondent, for an Order Directing BERNARD ALEXANDER, Appellant, an Attorney, to Turn over Certain Moneys and Papers. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE ALLIANCE REALTY COMPANY, Respondent, v. BENRICH CONSTRUCTION CORPORATION and Others, Defendants, Impleaded with 104 REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK H. PERRY, Respondent, v. HARRIMAN NATIONAL BANK AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.